# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 538 MAL 2014
: 
     Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
   v. : 
: 
: 
: 
RICKY MAURICE ROBERTS, : 
: 
     Petitioner : 

## ORDER

**PER CURIAM**

   **AND NOW**, this 7th day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.